*E-FILED - 11/10/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR, | No. C 09-4201 RMW (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| JERRY BROWN, et al., | |
| Respondents. | |

The court has dismissed the instant petition for writ of habeas corpus.  A judgment of dismissal is entered.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/6/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Abpikar201jud.wpd